IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| REYCE JANON COOK,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES R. HORSLEY, *et al.*,<br><br>    Defendants. | 2:18-CV-077-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss the John and Jane Doe Defendants (collectively, "Defendants") for failure to serve pursuant to Federal Rule of Civil Procedure 4(m). ECF No. 184. Plaintiff has failed to identify the Doe Defendants and, as the Magistrate correctly noted, "[t]he Federal Rules of Civil Procedure 'do not authorize [a plaintiff] to maintain suit indefinitely against a fictitious defendant' such as a John Doe." *Id.* at 3. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED** and Defendants are **DISMISSED without prejudice**.

**SO ORDERED.**

May 28, 2025

                                            MATTHEW J. KACSMARYK
                                            UNITED STATES DISTRICT JUDGE